## M'AULEY *vs.* BARNES.

### APPEAL FROM THE COMMERCIAL COURT OF NEW-ORLEANS.

An association for the purpose of carrying on "the cotton pressing business," is an ordinary partnership; and an acceptance by the *firm* only binds each partner for his proportion of the debt.

This is an action by the drawer against the firm of Tilghman & Barnes, as the acceptors of a draft, and judgment is prayed against Barnes alone. He appeared, pleaded the general issue, and averred, that if he is liable at all, it is only for one-half of the draft sued on; their firm being an ordinary partnership.

The articles of association stipulate that H. L. Tilghman and W. Barnes, "agree to become co-partners and carry on, for their joint account, the business of *cotton pressing*," under the style and firm of "Tilghman & Barnes." The draft sued on was accepted by the firm.

There was judgment for the plaintiff, for the amount of the draft, and the defendant appealed.

*Collens*, for the defendant and appellant, contended that the acceptance was by an ordinary partnership, and that the defendant could not be made liable for more than one-half of the draft sued on. *Louisiana Code, articles* 2843—4.

*Kennedy*, contra.

*Morphy, J.*, delivered the opinion of the court.

The defendant being sued on an acceptance of the late firm of Tilghman & Barnes, answers that he is liable only for one-half of the claim, because Tilghman and himself were ordinary, not commercial partners. From the deed of co-partnership, it appears they undertook together the business of cotton pressing; it does not appear, from the evidence, that they did any other kind of business, which, under article 2796 of the Louisiana Code, would give to their association the character of a commercial partnership. Being, then, a member of an ordinary partnership, defendant can be made liable only for one-half of the debt. *Louisiana Code, articles* 2843—4.

It is, therefore, ordered, that the judgment of the Commercial Court be avoided and reversed; and it is further ordered that the plaintiff, J. M'Auley, do recover of the defendant, William Barnes, the sum of one hundred and sixty-four dollars and twenty-two cents, with five per cent. interest per annum thereon, from the 17th of August, 1839, until paid, and three dollars and fifty cents costs of protest, and costs of suit in the court below; those of this appeal to be borne by the plaintiff and appellee.